UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-548

ALFRED RONSDORF,

Petitioner,

versus

THE CHASE MANHATTAN BANK, N.A.,

Respondent.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-95-
2729-L)

Submitted:  September 10, 1998      Decided:  September 22, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Alfred Ronsdorf, Petitioner Pro Se.  David Bart Goldstein, DANEKER,
MCINTIRE, DAVIS, SCHUMM, PRINCE & GOLDSTEIN, P.C., Baltimore, Mary-
land, for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alfred Ronsdorf petitions this court, pursuant to Fed. R. App. P. 5(a), for permission to appeal an interlocutory order under 28 U.S.C. § 1292(b) (1994). The district court issued an order certifying its decision administratively closing Ronsdorf's civil action against Chase-Manhattan Bank. The court closed the case administratively based on the unavailability of a witness whose testimony is crucial to the resolution of several issues dispositive in this case.

Because we find that there is no "substantial basis for a difference of opinion" regarding the necessity of this witness's testimony, we decline to exercise our discretion and assert jurisdiction over this appeal. See Fed. R. App. P. 5(b). The petition for appeal is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DENIED

2